# United States District Court

WESTERN DISTRICT OF WASHINGTON

BOARD OF TRUSTEES OF THE
MILLMEN'S RETIREMENT TRUST OF
WASHINGTON,

       PLAINTIFF,

       v.

MARI A. DANIEL and JOHN DOE DANIEL,
and AMERICAN BENEFIT PLAN
ADMINISTRATORS, Inc.,

       DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5758FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In accordance with Plaintiffs' motion to dismiss pursuant to Fed. R. Civ. P. 41,
this action be DISMISSED WITH PREJUDICE and without costs
to any party.

March 22, 2010

BRUCE RIFKIN
Clerk

/s/  Pat LeFrois
_____
Deputy Clerk